IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

STEVEN YOUNG,

       Plaintiff

v.                                    CA NO. 2:16-cv-00524-GZS

KEYBANK NATIONAL ASSOCIATION,

       Defendant

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective attorneys that the above-captioned matter is voluntarily dismissed with prejudice and without costs.

Dated at Biddeford, Maine, this 9th day of March, 2017.

Date: March 9, 2017.   /s/ *Andrea Bopp Stark*
Andrea Bopp Stark Esq.
Molleur Law Office
419 Alfred Street
Biddeford, Me 04005
(207) 283-3777
andrea@molleurlaw.com

Date: March 9, 2017.   */s/ Ryan F. Kelley*
Ryan F. Kelley, Esq.
Pierce Atwood, LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1336
Attorney for Defendant, Key Bank

## **CERTIFICATE OF SERVICE**

I, Susan Black, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation of Dismissal Pursuant to Fed.R.CIV.P.41(a)(1)(A)(ii), to be served on the parties using the CM/ECF system, which will send notification of such filing(s) to all registered parties: on March 9, 2017.

Dated:  March 9, 2017.

|  |  |
|---|---|
| By: | */s/ Susan Black* |
|  | Susan Black, Paralegal |
|  | Molleur Law Office |
|  | 419 Alfred Street |
|  | Biddeford, ME  04005 |
|  | (207) 283-3777 |
|  | susan@molleurlaw.com |